IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| DESIGN BASICS, LLC, | § | |
| Plaintiff, | § § § | Case No.: 1:16-cv-00178 |
| vs. | § § § | **JURY DEMANDED** |
| IDEAL SUBURBAN HOMES INC., | § § | |
| Defendant. | § § | |

## COMPLAINT

Plaintiff, Design Basics, LLC, files this Complaint against Ideal Suburban Homes Inc. ("Ideal"), and for its causes of action alleges the following:

### Parties

1. Design Basics, LLC, is a Nebraska Limited Liability Company with its principal place of business in Omaha, Nebraska. Under Articles of Merger executed on July 1, 2009, Design Basics, LLC, is the successor by merger to Design Basics, Inc., and as such is the owner of all assets (including copyrights, trade and service names, trade and service marks, and all causes of action) that Design Basics, Inc., owned as of that date. Design Basics, LLC, and its predecessor (Design Basics, Inc.) will hereinafter be referred to as "Design Basics."

2. Design Basics is engaged in the business of creating, marketing, publishing and licensing the use of "architectural works" (as that term is defined in the Copyright Act and the Architectural Works Copyright Protection Act of 1990, both codified at 17 U.S.C.§ 101 et seq.) and technical drawings depicting such architectural works.

1

3. Ideal is a corporation organized under the laws of the State of Indiana with its principal place of business in Adams County, Indiana. Ideal may be served through its registered agent, Kevan Biggs, 9489 N. Miami Lane, Roanoke, Indiana 46783.

## Jurisdiction and Venue

4. This Court has subject matter jurisdiction of this case under 28 U.S.C. § 1338 because this action arises under federal copyright law, 17 U.S.C. § 101 et seq.

5. Venue is proper in this District under 28 U.S.C. § 1400(a) because Defendant may be found in this District. Furthermore, or in the alternative, venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims at issue occurred in this District; and Defendant resides and does business in this District.

## Factual Background

6. Design Basics is a building design firm which creates, markets, and licenses the use of "architectural works" (as that term is defined in the Copyright Act and the Architectural Works Copyright Protection Act of 1990 (the "AWCPA")) and technical drawings depicting architectural works. Design Basics owns copyrights protecting the architectural works and technical drawings it has created.

7. Design Basics is the author and the owner of all copyrights in the following works, which has been registered with the United States Copyright Office:

| Title | Registration Certificate No. |
|---|---|
| Plan No. 8093 – Kirby Farm | VA 729-227, 729-218 & 1-432-411 |
| Plan No. 8095 – Sun Valley | VA 729-290 & 729-256 |

8. The foregoing works described in paragraph 7 above will be referred to as the "Copyrighted Works."

9. The Copyrighted Works have been published in various Design Basics plan books and publications. The Copyrighted Works have also been published by Design Basics on the internet at www.designbasics.com.

10. The Copyrighted Works constitute original material that is copyrightable under federal law.

11. Design Basics is currently, and at all relevant times has been, the sole owner of all right, title and interest in and to the works described in paragraph 7 above.

12. Ideal has been engaged, at least in part, in the business of creating, publishing, distributing and advertising residential home designs through traditional print media, on the internet on sites such as ideal-builders.com, and in marketing, advertising, constructing and selling homes built according to such designs.

13. Ideal has published, distributed, marketed and advertised certain architectural designs for single family residential homes, each consisting of a floor plan and exterior elevations, that Ideal has identified and marketed under the following model names: Double Eagle and Calloway.

14. Design Basics' home designs, including the Copyrighted Works, have been marketed for years on a nationwide basis, including in this District, by means of plan books and other publications and also on the internet, including many websites.

15. Ideal has been actually aware of Design Basics and the works that Design Basics markets. At all times material to this case, Ideal has had a reasonable opportunity to have viewed the Copyrighted Works.

16. Ideal has violated and continues to violate Design Basics' exclusive rights in the Copyrighted Works (including the right to reproduce, the right to prepare derivative works and

the right to sell), by copying, publishing, distributing, advertising, marketing, selling and/or constructing in the marketplace, plans, drawings and houses which were copied or otherwise derived from the Copyrighted Works, as detailed below:

    a.    Ideal's "Double Eagle" (and any predecessors, copies or derivatives of that model under the same name or a different name) infringes the Design Basics Plan No. 8093 – Kirby Farm (and any predecessor or derivative thereof).

    b.    Ideal's "Calloway" (and any predecessors, copies or derivatives of that model under the same name or a different name) infringes the Design Basics Plan No. 8095 – Sun Valley (and any predecessor or derivative thereof).

## Cause of Action
## Copyright Infringement

17. Design Basics complains of Ideal for copyright infringement and incorporates paragraphs 1 through 16 above by reference.

18. Ideal's construction and sale of houses, and creation of associated design and construction drawings based on Design Basics' Copyrighted Works has infringed and continues to infringe Design Basics' copyrights in the Copyrighted Works.

19. Ideal's creation and publication of non-pictorial representations based on Design Basics' Copyrighted Works have infringed and are infringing Design Basics' copyrights in the Copyrighted Works.

20. Design Basics is entitled to recover the actual damages it suffered as a result of the foregoing infringement, and all of Ideal's profits from such infringement, pursuant to 17 U.S.C. § 504(b).

4

21. In the alternative to the actual damages and infringer profits sought above, Design Basics is entitled to an award of statutory damages for all infringements of Design Basics' Copyrighted Works, as permitted by 17 U.S.C. § 504(c).

22. Pursuant to 17 U.S.C. § 505, Ideal is liable for Plaintiff's costs and reasonable attorneys' fees incurred in this action.

23. In addition, Design Basics is entitled to preliminary and permanent injunctions pursuant to 17 U.S.C. § 502 prohibiting Ideal from further infringement of their copyrights, including but not limited to the further use of infringing plans, creation or use of derivative plans, and construction, sale or rental of infringing structures.

24. Furthermore, this Court should issue an order pursuant to 17. U.S.C. § 503 directing the United States Marshal's Service to (a) impound all copies of the Copyrighted Works, in possession of Ideal or its agents or contractors in violation of Plaintiff's exclusive rights, and (b) upon final hearing of this case, to destroy or otherwise dispose of those copies.

## Conditions Precedent

25. With respect to all counts, Design Basics generally avers that all conditions precedent to their rights of recovery have occurred or been performed, or have been waived or excused by Ideal.

## Jury Demand

26. Pursuant to Federal Rule of Civil Procedure 38, Design Basics respectfully demands a trial by jury of all issues so triable.

WHEREFORE, Design Basics, LLC, prays that Ideal, be cited to appear and answer; and that upon final trial have and recover from Ideal as set forth above, that they have

permanent injunctive relief against Ideal as requested herein, and that they have such and other relief as they may show themselves to be entitled.

>Respectfully submitted,
>
>/s/ Sean J. Quinn
>John D. LaDue (19039-71)
>Sean J. Quinn (29441-71)
>LaDue | Curran | Kuehn
>200 First Bank Building
>205 West Jefferson Boulevard
>South Bend, Indiana 46601
>Telephone: (574) 968-0760
>Facsimile: (574) 968-0761
>jladue@lck-law.com
>squinn@lck-law.com
>
>Attorneys for Plaintiff
>Design Basics, LLC